IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

MARVIN REYES VENTURA,

Defendant.

Case No. 1:26-MJ-91

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Creston Irby, being duly sworn, depose, and state:

1.      I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") in Fairfax County, Virginia.  I have been employed with ICE for more than five years, and I was previously employed as a law enforcement officer within the Commonwealth of Virginia for six years.  I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 and Title 18 of the United States Code.

2.      My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 and Title 18 of the United States Code and seeking, when applicable, prosecution and removal of violators.  I have received training in general law enforcement, including training in Title 8 of the United States Code.

3.      This affidavit is submitted in support of a criminal complaint and arrest warrant for MARVIN REYES VENTURA (hereafter referred to as REYES VENTURA), who did forcibly

assault, resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services) while such officer or employee was engaged in and on account of the performance of official duties, that is V-1 ("victim 1") and V-2 ("victim 2"), federal officers from the Immigration and Customs Enforcement, and where the commission of the acts in violation of this section inflicted bodily injury on the officer, in violation of Title 18, United States Code, Section 111(a) and (b).

4.      The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation.  This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5.      On or about March 24, 2026, several United States Government employees, specifically ICE Deportation Officers from the Washington D.C. Field Office, were on duty and conducting an operation to arrest REYES VENTURA as a part of their normal course of duties in Manassas, Virginia located in Prince William County, within the Eastern District of Virginia. REYES VENTURA is not a citizen of the United States, is present in the United States illegally, and was on supervision and a part of the BI Incorporated Supervisions Appearance Program (ISAP).  His supervision had been revoked.  REYES VENTURA had a scheduled meeting with his case specialist at BI for the ISAP program in Manassas, Virginia.   He arrived as scheduled for that meeting.  However, after entering the hallway from the public lobby, REYES VENTURA forcibly pushed the case specialist, an employee of BI, and began to run on foot

from the building. As REYES VENTURA fled on foot, V-1 and V-2, who were both wearing their badges, were on duty, and are federal ICE Deportation Officers whose job responsibilities encompass enforcing immigration laws and making arrests, gave chase and issued verbal commands of "Police" and "Stop." After running across the street, REYES VENTURA stopped, turned to face officers and deployed Oleoresin Capsicum (commonly known as pepper spray or OC Spray). The OC spray struck both officers in the face and caused immediate irritation, pain and eye swelling. Officers physically struggled with REYES VENTURA on the ground until they were able to secure him in handcuffs.

6.     V-1 and V-2 sustained injuries which included, but are not limited to, irritated and swollen eyes, temporary disorientation and facial pain, all of which are consistent with exposure to a non-lethal inflammatory agent known as Oleoresin Capsicum (commonly known as pepper spray). V-1 and V-2 received treatment at the scene for OC exposure by Emergency Medical Services (EMS). V-1 also sustained a scratch to his elbow, and V-2 sustained other injuries, including, but not limited to, an injury to his knee and hands.  Officers located two canisters of Sabre Red MK3-CFTG-BC Pepper Gel and a metal box cutter on REYES VENTURA's person. Sabre Red MK3, also known as pepper spray, contains a caution label stating, "Severe skin, eye and respiratory irritant." The case manager employee of BI, who was struck by REYES VENTURA, was pregnant and was transported to the hospital for medical evaluation.  The defendant was also sprayed with the pepper spray and had scratches on one of his hands and was transported to the hospital.

**CONCLUSION**

7.      Based on the foregoing, I submit that there is probable cause to believe that on or about March 24, 2026, in Prince William County, Virginia, within the Eastern District of Virginia, MARVIN REYES VENTURA did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services) while such officer or employee was engaged in and on account of the performance of official duties, that is V-1 and V-2, federal officers from the Immigration and Customs Enforcement, and where the commission of the acts in violation of this section inflicted bodily injury on the officers in violation of 18 U.S.C 111(a) and (b).

Respectfully submitted,

Creston T. Irby
Deportation Officer
U.S. Immigration and Customs Enforcement

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 24, 2026.

The Honorable Lindsey R. Vaala
United States Magistrate Judge

Alexandria, Virginia